

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Texas Association of School      * Original Mandamus Proceeding
Boards Risk Management Fund,

No. 11-25-00036-CV                     * May 30, 2025

                                       * Memorandum Opinion by Trotter, J.
                                         (Panel consists of: Trotter, J.,
                                         Williams, J., and Wright, S.C.J.,
                                         sitting by assignment)
                                         (Bailey, C.J., not participating)

This court has considered Texas Association of School Boards Risk Management Fund's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.